# CASES DISPOSED OF BY THE SUPREME COURT OF FLORIDA DURING JANUARY TERM, A. D. 1913, WITHOUT WRITTEN OPINIONS.

M. W. Dixon, as Trustee in Bankruptcy of the Estate of W. L. Perkins & Company, Bankrupt, Appellant, v. James F. Caldwell, Appellee.

Appeal from a decree of the Circuit Court for Hamilton County.

C. A. Stephens, for Appellant.

H. S. Caldwell, R. L. Frink and S. S. Sandford, for Appellee.

Appeal dismissed on motion of counsel for appellant on January 15th, 1913.

W. E. Jordon, Plaintiff in Error, v. W. S. Solomon, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Hillsborough County.

H. C. Gordon and V. H. Knight, for Plaintiff in Error.

F M. Simonton, for Defendant in Error.

Writ of error dismissed on motion of counsel for plaintiff in error on January 28th, 1913.

Henry Williams, Appellant, v. Smith & Richardson, Appellees.

Appeal from a decree of the Circuit Court for Duval County.

Geo. U. Walker & Son and Carter & McCollum, for Appellant.

Powell & Pelot, for Appellees.

Appeal dismissed on motion of counsel for appellant on February 18th, 1913.